No. 88–188. PALUGHI *v.* CITY OF MOBILE ET AL. Sup. Ct. Ala. Certiorari denied.

No. 88–193. SCIAMBRA, DBA PERIODICAL MARKETING & CONSULTING CO. *v.* ARA SERVICES, INC. C. A. 5th Cir. Certiorari denied.

No. 88–194. WEAVER ET AL. *v.* ANDERSON COUNTY FISCAL COURT ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–199. BELL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 88–200. MORGENSTERN ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–203. WESTINGHOUSE ELECTRIC CORP. *v.* WEST VIRGINIA DEPARTMENT OF HIGHWAYS. C. A. 4th Cir. Certiorari denied.

No. 88–204. SCHIAVONE CONSTRUCTION CO. *v.* MEROLA, ADMINISTRATRIX OF THE ESTATE OF MEROLA, ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–207. ROBERTS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 88–208. WARDELL *v.* DIAMOND FARMS CONDOMINIUM. Ct. Sp. App. Md. Certiorari denied.

No. 88–209. AUTORINO *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 88–211. LEHMAN *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 88–216. ANDRE *v.* BENDIX CORP. C. A. 7th Cir. Certiorari denied.

No. 88–221. MILLER *v.* KANSAS. Ct. App. Kan. Certiorari denied.